**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND, | |
| Plaintiffs, | Civil Action No. 19-CV-00408 (TNM) |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| RIO GRANDE INTERNATIONAL STUDY CENTER (RGISC), *et al.*, | |
| Plaintiffs, | Civil Action No. 19-CV-00720 (TNM) |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, | |
| Defendants. | |

## NOTICE OF RECENT DECISIONS

In advance of the hearing in the above-captioned cases on December 16, 2019, Defendants hereby notify the Court and parties of the several recent decisions issued by other courts in related cases addressing the funding and construction of barriers along the southern border of the United States:

- *Sierra Club v. Trump*, 929 F.3d 670 (9th Cir. 2019)
- *Trump v. Sierra Club*, --- S. Ct. ----, 2019 WL 3369425 (U.S. July 26, 2019)
- *Sierra Club v. Trump,* 2019 WL 6727860 (N.D. Cal. Dec. 11, 2019)
- *El Paso County v. Trump*, 2019 WL 5092396 (W.D. Tex. Oct. 11, 2019)
- *El Paso County v. Trump*, 2019 WL 6715403 (W.D. Tex. Dec. 10, 2019)

Dated:  December 12, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch

KATHRYN C. DAVIS (D.C. Bar No. 985055)
MICHAEL J. GERARDI
LESLIE COOPER VIGEN (D.C. Bar No. 1019782)
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*