**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Civil Action No. 19-cv-720 (TNM) |

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' COUNSEL**

To the Clerk of the Court and all parties of record:

Please enter the following change of address for Gordon Sommers as the Washington, D.C.-based counsel for Plaintiffs Rio Grande International Study Center, Ramiro R. Ramirez, the Carrizo/Comecrudo Nation of Texas, Elsa Hull, Labor Council for Latin American Advancement, California Wilderness Coalition, GreenLatinos, and Joseph Hein. All future correspondence by mail should be directed to the undersigned address.

Respectfully submitted this 24th day of February, 2020.

> */s/ Gordon E. Sommers*
> GORDON E. SOMMERS (D.C. Bar No. 1034060)
> Earthjustice
> 1001 G Street, NW, Ste. 1000
> Washington, DC 20001
> gsommers@earthjustice.org
> Tel: 202-667-4500
> Fax: 202-667-2356
> gsommers@earthjustice.org

*/s/ Sarah H. Burt*
SARAH H. BURT
California Bar No. 250378
(appearing under LCvR 83.2(c)(1))
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org

*/s/ Tania Galloni*
TANIA GALLONI
Florida Bar. No. 619221
(appearing under LCvR 83.2(c)(1))
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
Tel: (305) 440-5432
tgalloni@earthjustice.org

*/s/ Marisa C. Ordonia*
MARISA C. ORDONIA
Washington Bar No. 48081
(appearing under LCvR 83.2(c)(1))
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
Ph.: (206) 343-7340
Fax: (206) 343-1526
mordonia@earthjustice.org

*Counsel for Plaintiffs Rio Grande International Study Center, Ramiro R. Ramirez, the Carrizo/Comecrudo Nation of Texas, Elsa Hull, Labor Council for Latin American Advancement, California Wilderness Coalition, GreenLatinos, and Joseph Hein.*