IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense, *et al.*,<br><br>Defendants. | No. 1:19-cv-00720 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's Order of August 4, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties are currently engaged in good faith settlement discussions with respect to all issues in this case. The parties have exchanged written communications regarding potential settlement proposals and require additional time to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution to this case without the need for further litigation.

In light of the ongoing settlement discussions, the parties respectfully request that the Court continue the stay of proceedings for another 60 days. Good cause exists to maintain the current stay. A stay would further the interest of judicial economy by allowing the parties to focus their efforts on discussing settlement, free from any competing litigation obligations and without burdening the Court with potentially unnecessary motions and disputes. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with

economy of time and effort for itself, for counsel, and for litigants.").

The parties propose to file another status report on December 1, 2021.

Dated:  October 4, 2021                                              Respectfully submitted,

/s/ *Sarah H. Burt*                                                              BRIAN M. BOYNTON
SARAH H. BURT                                                          Acting Assistant Attorney General
California Bar No. 250378
(appearing under LCvR 83.2(c)(1))                         ALEXANDER K. HAAS
Earthjustice                                                                      Director, Federal Programs Branch
50 California Street, Suite 500
San Francisco, CA 94111                                            ANTHONY J. COPPOLINO
Tel: (415) 217-2000                                                       Deputy Director, Federal Programs Branch
Fax: (415) 217-2040
sburt@earthjustice.org                                                /s/ *Andrew I. Warden*
                                                                                          ANDREW I. WARDEN
*Counsel for Plaintiffs*                                                  Senior Trial Counsel (IN Bar No. 23840-49)
                                                                                          RACHAEL L. WESTMORELAND
                                                                                          MICHAEL J. GERARDI
                                                                                          Trial Attorneys
                                                                                          U.S. Department of Justice
                                                                                          Civil Division, Federal Programs Branch
                                                                                          1100 L Street, NW
                                                                                          Washington, D.C. 20530
                                                                                          Tel.:  (202) 616-5084
                                                                                          Fax:  (202) 616-8470
                                                                                          E-Mail:  Andrew.Warden@usdoj.gov

                                                                                          *Attorneys for Defendants*