IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense, *et al.*,<br><br>Defendants. | No. 1:19-cv-00720 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's Order of December 10, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties have reached an agreement in principle to settle this case, subject to final approval from appropriate senior officials in the Department of Justice. In civil cases against the federal government, settlement authority is committed by statute to the Attorney General, *see* 28 U.S.C. § 519, who in turn has delegated the authority to settle matters to various senior officials within the Department of Justice, depending on the nature of the case and proposed settlement, *see* 28 C.F.R. §§ 0.160-0.172. Defendants are actively working to obtain the approvals necessary to finalize the agreement, which would result in the parties jointly agreeing to dismiss this case.

The parties are cognizant of the Court's statements during the status conference on December 10, 2021, that no further extensions of the current stay of proceedings will be granted. The parties, therefore, respectfully request that the Court set a deadline of March 25, 2022 for the filing of either (1) a motion to dismiss this case in accordance with an approved

1

settlement agreement or (2) supplemental briefs in support of the parties' pending cross-motions for summary judgment.

The parties completed briefing cross-motions for summary judgment in September 2020. *See* ECF Nos. 84, 92, 93, 97–100.  These motions were pending at the time the Court stayed this case at the parties' request.  *See* Minute Order (Feb. 24, 2021).  In the event this case is not dismissed by joint agreement, the parties agree it would be appropriate to submit supplemental briefs addressing the impact of the legal and factual developments that have occurred since the conclusion of summary judgment briefing.  These developments include the President's Proclamation directing a reassessment of federal policy with respect to the construction of a wall along the southern border and subsequent actions taken by the Departments of Defense and Homeland Security to implement the President's Proclamation.  *See* Termination of Emergency with Respect to the Southern Boarder of the United States and Redirection of Funds Diverted to the Boarder Wall Construction, Proclamation No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021).

For these reasons, the parties respectfully request the Court enter an order establishing a deadline of March 25, 2022 for the filing of (1) a motion to dismiss this case in accordance with an approved settlement agreement or (2) supplemental briefs in support of the parties' pending cross-motions for summary judgment.

Dated:  February 10, 2022

/s/ *Sarah H. Burt*
SARAH H. BURT
California Bar No. 250378
(appearing under LCvR 83.2(c)(1))
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Attorneys for Defendants*